John M. DIMIDOWICH, dba Micro Image, Plaintiff-Appellant,

v.

BELL & HOWELL, Defendant-Appellee.

No. 84–1995.

United States Court of Appeals, Ninth Circuit.

Feb. 25, 1987.

Robert F. Koehler, Jr., Sacramento, Cal., for plaintiff-appellant.

McCutchen, Doyle, Brown & Enersen, John R. Reese, San Francisco, Cal., for defendant-appellee.

Before FLETCHER, BOOCHEVER and NORRIS, Circuit Judges.

**ORDER**

Appellant's petition for rehearing is denied.

The opinion, filed November 6, 1986, 803 F.2d 1473 is modified as set forth following.

Insert on page 1478 second column line 17 of 803 F.2d before Nonetheless: "It will thus be rare for a court to infer a vertical combination solely from a business's unilateral refusal to deal with distributors or customers who do not comply with certain conditions."

Delete on page 1478 second column second line from bottom: "necessary to show a combination between himself and B & H" and replace with "necessary to infer a vertical combination from a unilateral refusal to deal."

All petitions to file amicus briefs are denied.